IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vazquez, Jose L | Case Number: 07 B 17515 |
|---|---|---|
| | Cruz, Graciela | Judge: Squires, John H |
| | Printed: 3/4/08 | Filed: 9/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 10,000.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 35,000.00 | 0.00 |
| 5. | Real Time Resolutions | Secured | 11,000.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 36.72 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 17.93 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 973.23 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 252.44 | 0.00 |
| 10. | American General Finance | Unsecured | 431.45 | 0.00 |
| 11. | Chase Automotive Finance | Unsecured | 409.82 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 549.66 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 98.72 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 334.25 | 0.00 |
| 15. | Toyota Motor Credit Corporatio | Unsecured | 1,546.33 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 84.47 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 81.24 | 0.00 |
| 18. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 19. | Activity Collection Svc | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Activity Collection Svc | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |
| 25. | Harris & Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vazquez, Jose L  
Cruz, Graciela  
Printed: 3/4/08

Case Number: 07 B 17515  
Judge: Squires, John H  
Filed: 9/25/07

| | | | | |
|---|---|---|---|---|
| 26. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 27. | LVNV Funding | Unsecured | | No Claim Filed |
| 28. | Providian Bank | Unsecured | | No Claim Filed |
| 29. | Nextel Communications | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | SBC | Unsecured | | No Claim Filed |
| 32. | Providian | Unsecured | | No Claim Filed |
| 33. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 34. | University Fidelity Corp | Unsecured | | No Claim Filed |

$ 60,816.26          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate            Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____